SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS LUJAN AND RYAN O'BRIEN AS TRUSTEES OF THE NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS LOCAL UNION #270 HEALTH & WELFARE TRUST FUND; DENTAL FUND, VACATION FUND, UNION ADMINISTRATION FUND, PLASTERERS PROMOTION FUND, PENSION I FUND, AND PENSION II FUND,

   Plaintiffs,

vs.

JEFF ALAN LOSTAK, individually and doing business as B & L MASONRY; CAL-TEX MASONRY, a California Corporation;

   Defendants.

CASE NO.: C07 02454 HRL

COMPLAINT FOR MONEY ON A BREACH OF COLLECTIVE BARGAINING AGREEMENT VIOLATION OF E.R.I.S.A. AND FOR AN INJUNCTION

COME NOW Plaintiffs, by their attorney, Sue Campbell, and allege and show to the Court as follows:

1. The jurisdiction of this Court is invoked pursuant to 29 U.S.C. Sections 185, 1132.

2. Plaintiffs CARLOS LUJAN AND RYAN O'BRIEN are trustees and fiduciaries of the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS LOCAL UNION #270 PENSION I AND PENSION II TRUST FUNDS.

3. The NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS LOCAL UNION #270 HEALTH & WELFARE TRUST FUND; DENTAL FUND, VACATION

1

COMPLAINT FOR MONEY ON A BREACH OF COLLECTIVE BARGAINING AGREEMENT

1  FUND, UNION ADMINISTRATION FUND, PLASTERERS PROMOTION FUND,
2  PENSION I FUND, AND PENSION II FUND, hereinafter "Funds", are Taft-Hartley funds as
3  defined at 29 U.S.C. Section 186 and "employee pension benefit plans" as defined at 29 U.S.C.
4  Section 1002(1), (2).

5      4. The Defendant JEFF ALAN LOSTAK, individually and doing business as B & L
6  MASONRY, is an employer as defined in 29 U.S.C. Section 1002(5). The Defendants were at
7  all times mentioned herein and now are authorized to do business in the State of California, and
8  further, that they are now authorized to do business and are actually doing business in the
9  County of Solano, State of California.

10     5. The Defendant CAL-TEX MASONRY, a California Corporation, is an employer as
11 defined in 29 U.S.C. Section 1002(5). The Defendants were at all times mentioned herein and
12 now are authorized to do business in the State of California, and further, that they are now
13 authorized to do business and are actually doing business in the County of Solano, State of
14 California. CAL-TEX MASONRY, a California Corporation, and is the successor in interest
15 to Defendant JEFF ALAN LOSTAK, individually and doing business as B & L MASONRY.

16     6. At all times material hereto, there have been in full force and effect collective
17 bargaining agreements covering the wages, hours and conditions of employment of certain
18 employees of the Defendants. True and correct copies of the executed signature page, collective
19 bargaining agreement, and pertinent sections of the trust agreement are attached hereto and
20 incorporated herein by reference as Exhibit 1.

21     7. By its terms, the aforementioned collective bargaining agreement requires the
22 Defendants to make payments to certain Funds (Health & Welfare, Pension I, Pension II,
23 Vacation, Dues Check-off, Mason Tender, Masonry Institute) for each hour worked by
24 employees covered by said collective bargaining agreement. The Pension I Trust Fund and the
25 Pension II Trust Funds are authorized to collect monies due to said Trust Funds. The agreement
26 further provides that such payments are to be made not later than the 20th day of each month
27 following the month for which payment is made.

28     8. The aforementioned collective bargaining agreement also provides that the Defendant

COMPLAINT FOR MONEY ON A BREACH OF COLLECTIVE BARGAINING AGREEMENT

will abide by the terms of the Trust documents establishing the Funds, as well as the rules and regulations adopted by the trustees.

9. In accordance with the trust documents and rules and regulations of the Funds, as adopted by the trustees as well as the terms of the collective bargaining agreement, liquidated damages are assessed on late payments at the rate of 10% of the amount due if the payment is not received by the 20th of the month following the month incurred.

10. The aforementioned collective bargaining agreement further provides that if legal action must be taken to recover amounts due the Funds, the Defendant will pay the actual and reasonable attorney's fees incurred by the Funds, and all court costs. 29 U.S.C. Section 1132 also requires the Defendant to pay such fees and costs.

11. Pursuant to the terms of said agreement, there is now due, owing and unpaid from Defendants to Plaintiffs as of January 1, 2006, the sum of $2,491.90 principal, which includes liquidated damages according to contract; plus interest thereon at 10% pursuant to contract in the amount of $310.39 as of April 1, 2007, and accruing on said principal amount at the legal rate thereafter.

12. Plaintiffs, through their agents, have made demand for payment but Defendants have failed to make any payments to date on the amount due.

13. Plaintiffs' actual attorney's fees and costs will not be known until after this matter is concluded.

WHEREFORE, Plaintiffs pray this Court:

1. Award the Plaintiffs judgment in the amount of $2,491.90 in the principal sum including liquidated damages pursuant to contract, $310.39 in interest through April 1, 2007, plus additional interest at the rate of 10% per annum, plus an amount to be submitted to the Court at the time of entry of judgment as attorney's fees plus their costs and disbursements in this action, all pursuant to 29 U.S.C. Section 1132(g)(2);

///

///

///

**COMPLAINT FOR MONEY ON A BREACH OF COLLECTIVE BARGAINING AGREEMENT**

3. Award to Plaintiffs such other relief as this Court shall deem appropriate.

Dated this 18th day of April 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUE CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

COMPLAINT FOR MONEY ON A BREACH OF COLLECTIVE BARGAINING AGREEMENT

# NORTHERN CALIFORNIA MASON TENDERS

## AGREEMENT

## JULY 1, 2000, through JUNE 30, 2005

BY AND BETWEEN

LABOR RELATIONS COMMITTEE OF THE



CALIFORNIA CONFERENCE OF MASON CONTRACTOR ASSOCIATIONS, INC.
7844 Madison Avenue, Suite 140, Fair Oaks, California 95628
PHONE: (916) 966-7666
FAX: (916) 966-1411

AND



NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS
affiliated with the
Laborers International Union of North America,
American Federation of Labor-CIO, Building and Metal Trade Departments
402 - 37th Street, Richmond, California 94805
PHONE: (510) 237-6132
FAX: (510) 232-9295

EXHIBIT 1

TABLE of CONTENTS

| | | | | | |
|---|---|---|---|---|---|
| PARTIES TO AGREEMENT AND DEFINITIONS: | | | | PAGE | 1 - 2 |
| ARTICLE | I | - | COVERAGE AND RECOGNITION | PAGE | 2 - 3 |
| ARTICLE | II | - | UNION SECURITY | PAGE | 3 |
| ARTICLE | III | - | HIRING HALL PROVISIONS | PAGE | 4 - 6 |
| ARTICLE | IV | - | NO CESSATION OF WORK | PAGE | 6 |
| ARTICLE | V | - | WAGES AND FRINGE CONTRIBUTIONS | PAGE | 6 - 10 |
| ARTICLE | VI | - | TOOLS AND WORKING CONDITIONS | PAGE | 10 |
| ARTICLE | VII | - | VACATION PROGRAM & DUES SUPPLEMENT | PAGE | 11 |
| ARTICLE | VIII | - | HEALTH & WELFARE TRUST FUND | PAGE | 11 |
| ARTICLE | IX | - | PENSION TRUST FUND | PAGE | 11 |
| ARTICLE | X | - | ALL TRUST FUNDS | PAGE | 12 |
| ARTICLE | XI | - | TRAVEL EXPENSE and SUBSISTENCE | PAGE | 12 |
| ARTICLE | XII | - | SAFETY | PAGE | 13 - 14 |
| ARTICLE | XIII | - | HOLIDAYS - MAKE UP DAY ON SATURDAY | PAGE | 14 |
| ARTICLE | XIV | - | HOURS, SHIFT WORK and WORKING RULES | PAGE | 14 - 16 |
| ARTICLE | XV | - | JOINT BOARD | PAGE | 17 |
| ARTICLE | XVI | - | WORK STOPPAGE | PAGE | 17 - 18 |
| ARTICLE | XVII | - | AUTHORIZED PICKET LINES | PAGE | 18 |
| ARTCILE | XVIII | - | STEWARDS | PAGE | 18 - 19 |
| ARTICLE | XIX | - | MASONRY INSTITUTE | PAGE | 19 |
| ARTICLE | XX | - | STATE & FED. PREVAILING WAGE PROJECTS | PAGE | 19 |
| ARTICLE | XXI | - | CASH BOND CONTRIBUTION | PAGE | 19 - 21 |
| ARTCILE | XXII | - | PENSION FUNDS FOR LOCAL UNION #270 | PAGE | 21 |
| ARTICLE | XXIII | - | GENERAL SAVINGS CLAUSE | PAGE | 22 |
| ARTICLE | XXIV | - | AMENDMENTS TO THIS AGREEMENT | PAGE | 22 |
| ARTICLE | XXV | - | TERM OF THIS AGREEMENT | PAGE | 22 - 23 |
| SIGNATURE PAGE FOR PARTIES TO THIS AGREEMENT | | | | PAGE | 23 |
| SIGNATURE PAGES FOR INDEPENDENT EMPLOYERS | | | | PAGE | 24 - 26 |
| HIRING HALLS & DISPATCH HOURS FOR LOCAL UNIONS | | | | PAGE | 27 |

NORTHERN CALIFORNIA MASON TENDERS' AGREEMENT

THIS AGREEMENT, effective the FIRST DAY of JULY, 2000, by and between the LABOR RELATIONS COMMITTEE of the California Conference of Mason Contractor Associations, Inc. and the NORTHERN CALIFORNIA DISTRICT COUNCIL of LABORERS, affiliated with the Laborers' International Union of North America, AFL-CIO, covers the following nine (9) Laborers' Local Unions:

LOCAL UNION #   73 -   STOCKTON and Counties of San Joaquin and Calaveras.

LOCAL UNION #  139 -   SANTA ROSA and Counties of Sonoma, Mendocino, Del Norte and Humboldt.

LOCAL UNION #  185 -   SACRAMENTO and Counties of Alpine, Sierra, Nevada, Placer, El Dorado, Amador, Sacramento, Yolo, Sutter, Colusa, Glenn, Butte, Plumas, Yuba, Siskiyou, Trinity, Modoc, Shasta, Lassen & Tehema.

LOCAL UNION #  270 -   SAN JOSE and Counties of Santa Clara and Santa Cruz.

LOCAL UNION #  291 -   SAN RAFAEL and Counties of Marin, Napa and Lake.

LOCAL UNION #  294 -   FRESNO and Counties of Fresno, Kings, Madera and Tulare.

LOCAL UNION #  297 -   SALINAS and Counties of Monterey and San Benito.

LOCAL UNION #  326 -   VALLEJO and the County of Solano.

LOCAL Union #1130 -    MODESTO and Counties of Stanislaus, Tuolumne, Merced and Mariposa,

DEFINITIONS:

"Employer" or "Employers" means all employers who are bound to this Agreement.

"Independent Employer" means an employer who is bound to this Agreement by signing the signature page of this Agreement.

"Individual Employer" means an employer who is bound to this Agreement through a Delegation of His Bargaining Right to the LRC.

"Member of the CCMCA" means an employer who is bound to this Agreement through a Delegation of His Bargaining Right to the LRC and holds membership in any Local Chapter of the CCMCA, Inc.

"LRC" means Labor Relations Committee of the California Conference of Mason Contractor Associations, Inc.  (CCMCA)

"NCDCL" means Northern California District Council of Laborers.

- 1 -

Section 12. No employee shall be discharged without just cause. In the event of discharge without just cause, the employee shall, if he so desires, be reinstated with payment for time lost. In the event of a dispute, the existence of "just cause" shall be determined under the grievance procedure provided for in this Agreement under Article XV. In the event of reinstatement, the amount of back pay awarded under the Article XV hereof may not exceed thirty (30) days unless the grievant was employed for more than one thousand, five hundred (1,500) hours in the two (2) years preceding the date of discharge.

    a. No employee shall be discharged or discriminated against for activity in or representation of the Union or any Local Union. The Local Union shall be the sole judge of the qualifications of its members.

    b. The Employer shall be the sole judge of the qualifications of all its employees, and may on such grounds discharge any of them.

ARTICLE IV - NO CESSATION OF WORK

Section 1. Employees reserve the right to refuse to pass picket lines recognized by the Building Trades Council, it being understood, however, that the Union is not in favor of sympathetic strikes and will do everything in its power to avoid causing any stoppage of work due to labor-management disputes.

Section 2. It is agreed and understood that the Union, Local Union, Union Representative, or steward on the job is prohibited from withdrawing any workmen employed by a Member of the CCMCA or asking them to stop working on any job prior to a meeting of the Joint Board established by this Agreement and said Joint Board has found said Employer in violation of this Agreement.

ARTICLE V - WAGES AND FRINGE CONTRIBUTIONS

Section 1. The wage rate and fringe contributions for workmen covered by this Agreement shall be as follows within the California Counties of the Local Union listed. NO WORK SHALL BE LET OR PAID FOR BY PIECE WORK, CONTRACT OR LUMP SUM DIRECT WITH MASON TENDERS FOR LABOR SERVICES.

| LOCAL UNION #185, SACRAMENTO & LOCAL UNION #297, SALINAS: | EFFECTIVE | | | | |
|---|---|---|---|---|---|
| | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| Wage rate (includes vacation & dues) | $23.24 | $23.84 | $23.84 | $ | $ |
| Vacation-Holiday-Dues Supplement | (2.20) | (2.28) | (2.28) | Increase to be | |
| Health & Welfare contribution | 2.64 | 2.84 | 3.59 | allocated at a | |
| Pension and Annuity contribution | 2.57 | 2.67 | 2.77 | later date. | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute contribution | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE PACKAGE: | $28.80 | $29.80 | $30.65 | $31.50 | $32.35 |

- 6 -

| LOCAL UNION #73, STOCKTON & LOCAL UNION #1130 MODESTO: | 7/1/00 | 7/1/01 | E F F E C T I V E  7/1/02 | 7/1/03 | 7/1/04 |
|---|---|---|---|---|---|
| Wage rate (includes vac. & dues) | $23.34 | $23.84 | $23.84 | $ | $ |
| Vacation-Holiday-Dues Supplement | (2.20) | (2.28) | (2.28) | | |
| Health & Welfare contribution | 2.64 | 2.84 | 3.59 | Increase to be | |
| Pension and Annuity contribution | 2.57 | 2.67 | 2.77 | allocated at a | |
| Mason tender training | .10 | .15 | .15 | later date) | |
| Masonry Institute contribution | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE PACKAGE: | $28.90 | $29.80 | $30.65 | $31.50 | $32.35 |
| | | | | | |
| LOCAL UNION #294, FRESNO: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| Wage rate (includes vac. & dues) | $23.64 | $24.14 | $24.14 | $ | $ |
| (Contributions as per above) | 5.56 | 5.96 | 6.81 | | |
| TOTAL WAGE/FRINGE PACKAGE: | $29.20 | $30.10 | $30.95 | $31.80 | $32.65 |
| | | | | | |
| LOCAL UNION #139, SANTA ROSA, #326, VALLEJO & #291, NAPA: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| Wage rate (includes vac. & dues) | $23.84 | $24.39 | $24.39 | $ | $ |
| (Contributions as per above) | 5.56 | 5.96 | 6.81 | | |
| TOTAL WAGE/FRINGE PACKAGE: | $29.40 | $30.35 | $31.20 | $32.05 | $32.90 |
| | | | | | |
| LOCAL UNION #291, SAN RAFAEL: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| Wage rate (includes vac. & dues) | $24.84 | $25.39 | $25.39 | $ | $ |
| (Contributions as per above) | 5.56 | 5.96 | 6.81 | | |
| TOTAL WAGE/FRINGE PACKAGE: | $30.40 | $31.35 | $32.20 | $33.05 | $33.90 |

NOTE:   The wage rates shown above are gross wages per hour including the hourly amount deducted for Vacation-Holiday-Dues Supplement.

| LOCAL UNION #270, SANTA CLARA COUNTY: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
|---|---|---|---|---|---|
| Wage rate (includes vac. & dues) | $24.05 | $24.60 | $25.45 | $ | $ |
| Vacation (deduction) | (1.05) | (1.05) | (1.05) | | |
| Dues check-off (deduction) | (.30) | (.38) | (.38) | Increase to be | |
| Pension (defined benefit plan) | 1.50 | 1.50 | 1.50 | allocated at a | |
| Pension (defined contribution plan) | .50 | .80 | .80 | later date. | |
| Health & Welfare & Dental contribution | 4.00 | 4.00 | 4.00 | | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute contribution | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE PACKAGE: | $30.40 | $31.35 | $32.20 | $33.05 | $33.90 |
| CASH BOND DEPOSIT CONTRIBUTION: | 1.50 | 1.50 | 1.50 | 1.50 | 1.50 |
| | $31.90 | $32.85 | $33.70 | $34.55 | $35.40 |
| LOCAL UNION #270, SANTA CRUZ COUNTY: | | | | | |
| Wage rate (includes vac. & dues) | $23.05 | $23.60 | $24.45 | $ | $ |
| (Contributions as per above) | 6.35 | 6.75 | 6.75 | | |
| TOTAL WAGE/FRINGE PACKAGE: | $29.40 | $30.35 | $31.20 | $32.05 | $32.90 |
| CASH BOND DEPOSIT CONTRIBUTION: | 1.50 | 1.50 | 1.50 | 1.50 | 1.50 |
| | $30.90 | $31.85 | $32.70 | $33.55 | $34.40 |

NOTE:   The wage rates shown are gross wages per hour including the hourly amount deducted for Vacation and Dues Check-Off.

- 7 -

Section 2. It is agreed wage increases may be applied to any of the listed fringe contributions and in the event the contribution for the Vacation-Holiday-Dues Supplement, Health & Welfare, or Pension is changed during the term of this Agreement, a notice must be sent to the CCMCA at least sixty (60) days prior to the date said contribution rates are changed.

Section 3. Whenever Mason Tenders are working on refractory work where heat-protective clothing is required, they shall receive two dollars ($2.00) per hour above the current wage rate for every hour worked. The employer is to furnish all necessary protective clothing and heat fatigue aids.

Section 4. ENTRY LEVEL MASON TENDERS: The wage rate, fringe contributions, hours of employment and other conditions for ENTRY LEVEL MASON TENDERS shall be governed entirely by the terms and conditions of this Agreement as follows:

NOTE: The Employer may request an Entry Level Mason Tenders by name and shall not be permitted an Entry Level Mason Tender unless a regular Mason Tender is employed. An Employer shall not be permitted to employ a second Entry Level Mason Tender until four (4) regular Mason Tenders are employed if such regular Mason Tenders are available for work. This provision applies in the jurisdiction of all nine (9) Local Unions covered by this Agreement. On projects involving refractory construction, the Employer will be permitted a ratio of two (2) to one (1) of Entry Level Mason Tenders.

FOR LOCAL UNIONS #73, #139, #185, #291, #294, #326, and #1130

| | EFFECTIVE | | | | |
|---|---|---|---|---|---|
| ENTRY LEVEL STAGE: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| STAGE 1 - 1st fifteen hundred (1,500) hours employment: | $11.80 | $11.80 | $11.80 | $11.80 | $11.80 |
| Vacation-Holiday-Dues Supplement deduction: | (2.20) | (2.28) | (2.28) | Wage rate to remain the same for length of agreement, 7/1/( | |
| Health & Welfare: | 2.64 | 2.84 | 3.59 | | |
| Pension & Annuity: | 2.57 | 2.67 | 2.77 | | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute: | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $17.36 | $17.76 | $18.61 | | |
| STAGE 2 - 2nd fifteen hundred (1,500) hours employment: | $14.30 | $14.30 | $14.30 | $14.30 | $14.30 |
| Vacation-Holiday-Dues Supplement deduction: | (2.20) | (2.28) | (2.28) | Wage rate to remain the same for length of agreement, 7/1/ | |
| Health & Welfare: | 2.64 | 2.84 | 3.59 | | |
| Pension & Annuity: | 2.57 | 2.67 | 2.77 | | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute: | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $19.86 | $20.26 | $21.11 | | |

## FOR LOCAL UNION #297, SALINAS, MONTEREY & SAN BENITO COUNTIES

|  | E F F E C T I V E | | | | |
|---|---|---|---|---|---|
| ENTRY LEVEL STAGE: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| STAGE 1 - 1st fifteen hundred | | | | | |
| (1,500) hours employment: | $11.80 | $11.80 | $11.80 | $11.80 | $11.80 |
| Vacation-Holiday-Dues | | | | WAGE RATE REMAINS | |
| Supplement deduction | (2.20) | (2.28) | (2.28) | THE SAME FOR THE | |
| Health & Welfare | 2.64 | 2.84 | 3.59 | LENGTH OF THE | |
| Pension & Annuity | 2.57 | 2.67 | 2.77 | AGREEMENT, 7/1/05) | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $17.36 | $17.76 | $18.61 | | |
| STAGE 2 - 2nd fifteen hundred | | | | | |
| (1,500) hours employment: | $14.30 | $14.30 | $14.30 | $14.30 | $14.30 |
| Vacation-Holiday-Dues | | | | WAGE RATE REMAINS | |
| Supplement deduction | (2.20) | (2.28) | (2.28) | THE SAME FOR THE | |
| Health & Welfare | 2.64 | 2.84 | 3.59 | LENGTH OF THE | |
| Pension & Annuity | 2.57 | 2.67 | 2.77 | AGREEMENT, 7/1/05) | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | | |
| TOTAL WAGE/FRINGE: | $19.86 | $20.26 | $21.11 | | |

## FOR LOCAL UNION 270, SANTA CLARA COUNTY

|  | E F F E C T I V E | | | | |
|---|---|---|---|---|---|
| ENTRY-LEVEL-STAGE: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
| STAGE 1 - 1st fifteen hundred | | | | | |
| (1,500) hours employment: | $11.70 | $11.70 | $11.70 | $11.70 | $11.70 |
| Vacation (deduction) | (1.05) | (1.05) | (1.05) | WAGE RATE REMAINS | |
| Dues check-off (deduction) | (.30) | (.38) | (.38) | THE SAME FOR THE | |
| Pension (defined contri.) | 2.00 | 2.30 | 2.30 | LENGTH OF THE | |
| Health & Welfare & Dental | 4.00 | 4.00 | 4.00 | AGREEMENT, 7/1/05) | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $18.05 | $18.45 | $18.45 | | |
| CASH BOND CONTRIBUTION: | 1.50 | 1.50 | 1.50 | | |
|  | $19.55 | $19.95 | $19.95 | | |
| STAGE 2 - 2nd fifteen hundred | | | | | |
| (1,500) hours employment: | $13.90 | $13.90 | $13.90 | $13.90 | $13.90 |
| Vacation (deduction) | (1.05) | (1.05) | (1.05) | WAGE RATE REMAINS | |
| Dues check-off (deduction) | (.30) | (.38) | (.38) | THE SAME FOR THE | |
| Pension (defined contri.) | 2.00 | 2.30 | 2.30 | LENGTH OF THE | |
| Health & Welfare & Dental | 4.00 | 4.00 | 4.00 | AGREEMENT, 7/2/05) | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $20.25 | $20.65 | $20.65 | | |
| CASH BOND CONTRIBUTION: | 1.50 | 1.50 | 1.50 | | |
|  | $21.75 | $22.15 | $22.15 | | |

<u>FOR LOCAL UNION #270, SANTA CRUZ COUNTY</u>

E F F E C T I V E

| ENTRY-LEVEL-STAGE: | 7/1/00 | 7/1/01 | 7/1/02 | 7/1/03 | 7/1/04 |
|---|---|---|---|---|---|
| STAGE 1 - 1st fifteen hundred (1,500) hours employment: | $10.75 | $10.75 | $10.75 | $10.75 | $10.75 |
| Vacation (deduction) | (1.05) | (1.05) | (1.05 | WAGE RATE REMAINS | |
| Dues check-off (deduction) | (.30) | (.38) | (.38) | THE SAME FOR THE | |
| Pension (defined contri.) | 2.00 | 2.30 | 2.30 | LENGTH OF THE | |
| Health & Welfare & Dental | 4.00 | 4.00 | 4.00 | AGREEMENT, 7/1/05 | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $17.10 | $17.50 | $17.50 | | |
| CASH BOND CONTRIBUTION: | 1.50 | 1.50 | 1.50 | | |
| | $18.60 | $19.00 | $19.00 | | |
| STAGE 2 - 2nd fifteen hundred (1,500) hours employment: | $12.95 | $12.95 | $12.95 | $12.95 | $12.95 |
| Vacation (deduction) | (1.05) | (1.05) | (1.05) | WAGE RATE REMAINS | |
| Dues check-off (deduction) | (.30) | (.38) | (.38) | THE SAME FOR THE | |
| Pension (defined contri.) | 2.00 | 2.30) | 2.30 | LENGTH OF THE | |
| Health & Welfare & Dental | 4.00 | 4.00 | 4.00 | AGREEMENT, 7/1/05 | |
| Mason tender training | .10 | .15 | .15 | | |
| Masonry Institute | .25 | .30 | .30 | .30 | .30 |
| TOTAL WAGE/FRINGE: | $19.30 | $19.70 | $19.70 | | |
| CASH BOND CONTRIBUTION: | 1.50 | 1.50 | 1,50 | | |
| | $20.80 | $21.20 | $21.20 | | |

Section 6. When six (6) Mason Tenders are employed, the employer agrees that he shall designate one (1) Mason Tender as a foreman. The foreman's rate of pay shall be one dollar ($1.00) per hour above the current regular Mason Tender's wage rate.

ARTICLE  VI   -   TOOLS AND WORKING CONDITIONS

Section 1. The following shall govern the tools and working conditions of the Mason Tender:

a. When a Mason Tender is transferring mortar or grout from mixer to bricklayer by hand, he shall not be required to handle a bucket any larger than a three (3) gallon capacity.
b. The Employer shall be required to furnish all tools required with the exception of the following: All Mason Tenders shall be required to have in his possession upon reporting to work, a hammer, measuring tape, and hardhat.
c. No Mason Tender shall be required to haul Employer's tools or material in his own vehicle.
d. In the event free parking facilities are not available within five (5) blocks of a job site, the Employer will provide such parking facilities and the Employer shall have the right to designate parking areas to be used. Where, because of congested parking conditions, it is necessary to use public parking facilities, the Employers shall reimburse the employees for the cost of such parking upon being presented with a receipt or voucher certifying to the cost thereof, submitted weekly. Such reimbursement is to be made on a weekly basis or at the conclusion of the project, whichever occurs earlier.

ARTICLE   VII   -   VACATION PROGRAM & DUES SUPPLEMENT TRUST FUND

Section 1.  It is mutually agreed that the existing Vacation Fund shall be maintained for all employees covered under this Agreement; that the employer having made all applicable employee tax deductions from the wages earned shall be authorized to deduct from such wages and deposit with the Laborers Vacation-Holiday-Dues Supplement Trust Fund for Northern California, except for Laborers' Local #270 as herein provided.

Section 2.  Within the jurisdiction of Laborers' Local Union #270, the Employer shall deposit the deductions of twenty-five cents (25¢) per hour for the dues check-off with the Laborers' Local Union #270 Trust Fund together with the other fringe benefit contributions.

Section 3.  DUES SUPPLEMENT:  Effective for all work performed on and after the effective date of this Agreement, it is agreed that upon authorization as required by law, the amount of fifty cents (50¢) per hour for each hour paid for or worked shall be transmitted to the Vacation-Holiday Benefit for each workman and shall be remitted directly to the Union.  This amount of fifty cents (50¢) shall not be deemed to be part of the Vacation-Holiday Benefit but in an amount specifically agreed to as a supplemental dues benefit.  The amount of Supplemental Dues transmittal shall be specified on a statement sent to the workman by the Union.  Such remittance shall be made to the Union not less than two (2) times per year. This Section applies to all Local Unions covered by this Agreement except Local Union #270.

ARTICLE   VIII   -   HEALTH & WELFARE TRUST FUND

Section 1.  In addition to the hourly wage, the employer shall contribute and pay to the Laborers' Health & Welfare Trust Fund for Northern California for each hour worked as provided in Article V, Section 1, of this Agreement, except as herein provided for Laborers' Local Union #270.

Section 2.  Within the jurisdiction of Laborers' Local Union #270, the employer shall contribute the Health & Welfare & Dental contribution as provided for Local Union #270 under Article V, Section 1, for each hour worked.

Section 3.  The rates are subject to the provisions of Article V, Section 2, of this Agreement.

ARTICLE   IX   -   PENSION/ANNUITY TRUST FUND

Section 1.  In addition to the hourly wage, the employer shall contribute and pay to the Northern California Laborers' Pension/Annuity Plans for Northern California, for each hour worked by employees covered by this Agreement, as provided in Article V, Section 1, of this Agreement, except as herein provided.

Section 2.  In the jurisdiction of Laborers' Local Union #270, the employer shall contribute and pay to the Local Union #270 Pension Plans, for each hour worked by employees working within the jurisdiction of Local Union #270, as provided under Article V, Section 1, of this Agreement as shown for Laborers' Local Union #270.

ARTICLE X - HEALTH & WELFARE, PENSION/ANNUITY, VACATION-HOLIDAY-DUES SUPPLEMENT, MASON TENDER TRAINING, and MASONRY INSTITUTE.

Section 1. The employer agrees to the terms and conditions and any amendments or modifications thereto to the Trust Agreements establishing the Trust Funds referred to in this Agreement by and between the Associated General Contractors of California and the Northern California District Council of Laborers covering the forty-six (46) Northern California Counties.

Section 2. In order to provide for benefits to employees without disruption during periods of contract negotiations and to assure an orderly means of collecting Trust Fund contributions during such periods, each signatory employer agrees that he or it shall be obligated to contribute to each and every Trust Fund referred to in this Agreement for any period following their termination date of this Agreement unless and until a lawful impasse occurs or until a successor Agreement is negotiated. Each signatory employer further agrees that any and all said Trust Funds may enforce this obligation by action to collect such delinquent contributions filed in any court of competent jurisdiction.

Section 3. The employer agrees to the terms and conditions and any amendments or modifications thereto to the Trust Agreements establishing the Trust Funds referred to in this Agreement by and between the Labor Relations Committee of the CCMCA, Inc. and Laborers' Local Union #270, San Jose, covering Santa Clara and Santa Cruz Counties.

Section 4. The Health & Welfare Plan shall be supplemented to provide that the Trustees shall apply amounts from the contributions specified in this Agreement to such Plan for the purpose of providing benefits to employees retired pursuant to the provisions of the Laborers Pension Trust Fund for Northern California.

ARTICLE XI - TRAVEL EXPENSES and SUBSISTENCE

Section 1. Within the jurisdiction of the Local Unions covered by this Agreement, workmen shall receive subsistence and/or travel expense as follows:

    a. Workmen shall be reimbursed for the cost of meals and lodging actually expended and not to exceed forty-five dollars ($45.00) per working day on all jobs located over eighty (80) miles from the Local Union Dispatch Office or residence of the workman, whichever is closest to the job. In remote mountainous areas where the Employer requests the workman to remain overnight in the area of the job site, such reimbursement shall also be paid.

    b. Workmen shall be reimbursed for the cost of travel and not to exceed the following amounts:

       0 to 35 miles - Free Zone      55 to 65 miles - $14.00 per day
      35 to 45 miles - $ 7.00 per day  65 to 70 miles -  18.00 per day
      45 to 55 miles -  12.00 per day  70 to 80 miles -  25.00 per day

      Over 80 miles - Subsistence - $45.00 per day as per (a.) above.

All distances are measured from the Local Union Dispatch Office or residence of the workman, whichever is closer to the job site.

Section 5. The Local Union #270 Cash Bond Trust Fund shall be administered solely by Trustees selected by the Labor Relations Committee of the California Conference of Mason Contractor Associations, Inc. The Trust Agreement provides that no amendments thereto shall be effective to reduce the protection to employees and to the fringe benefit trusts required by this Agreement. Union representatives shall be accorded advisory positions, but shall be without power to alter or amend the Trust, or in any other manner administer said Fund. No Union representative shall, except for bona fide services rendered to the Trust, receive any Trust monies. The Union, through its representatives, shall have the right to inspect or cause to be inspected any and all financial records of the Trust. Union representatives shall be invited to observe all regular and special meetings of the Local Union #270 Cash Bond Trust Fund Trustees.

Section 6. Any Employer who completes any work covered by this Agreement and who signs a notarized statement that he will have no future work within the jurisdiction of Local Union #270 for the ensuing two (2) year period may, upon written application to the Trustees of the Local Union #270 Cash Bond Trust Fund and with a written statement from the Union that said Employer does not owe any wages or fringe contributions, withdraw any and all amounts deposited in the Cash Bond Trust Fund, less any reasonable administrative expenses or assessments surcharged against his cash bond deposit. Payment to the Employer upon his application for withdrawal may be delayed for a reasonable period not to exceed six (6) months. In the event the Employer returns to work within the jurisdiction of Local Union #270 within two (2) years following the refund of his cash bond deposit, he will be required, prior to commencement of such work, to restore the full amount of cash bond deposit withdrawn if full. In the event an Employer was covered under the Blanket Cash Bond Guarantee and was deleted from coverage, said Employer shall be required to deposit the full five thousand dollars ($5,000.00) cash bond deposit prior to commencement of work.

ARTICLE XXII - PENSION TRUST FUNDS FOR LOCAL UNION #270, SAN JOSE

Section 1. All Employers operating within the jurisdiction of Local Union #270 and signatory hereto agree to pay into the Local #270 Pension Trust Fund the amount provided for in this Agreement for each hour worked by employees covered by this Agreement including hours of overtime. Any default in payment, the remedies will be as follows:

    a. All fringe contribution report forms and contributions required under this Agreement in the jurisdiction of Local Union #270 shall be paid no later than the fifteenth (15th) day of the succeeding month and in the event the postmarked envelope is dated after the fifteenth (15th) day, said contribution shall be considered delinquent.

    b. Any Employer who is delinquent shall be assessed liquidated damages in the amount of twenty dollars ($20.00) or ten percent (10%) of the amount delinquent, whichever is greater. This amount shall become due and payable to the Local #270 Trust Fund upon the day immediately following the date on which the Employer became delinquent and shall be added to and become part of said amount due and unpaid.

Section 2. Within the jurisdiction of Local Union #270, effective July 1, 1984, a new defined contribution pension plan was established and the contribution as provided for in Article V, Section 1, shall be paid on all hours worked on and after July 1, 1984, on all employees who are participants in the original Defined Benefit Pension Plan. The total contribution for pension including the amount for the defined benefit and defined contribution shall be paid on all employees who began their employment on and after July 1, 1984, who are not participants in the original Defined Benefit Pension Plan, and no contribution to the original Defined Benefit Pension Plan shall be paid on these new employees who began their employment after July 1, 1984.

ARTICLE XXIII - GENERAL SAVINGS CLAUSE

Section 1. Should any part or any provisions herein contained be rendered or declared illegal or an unfair labor practice by any State or Federal Court or the National Labor Relations Board, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof: provided, however, upon such invalidation the parties hereto agree to immediately meet and negotiate substitute provisions for such part or provisions rendered and/or declared illegal or an unfair labor practice. The remaining parts or provisions shall remain in full force and effect.

ARTICLE XXIV - AMENDMENTS TO THIS AGREEMENT

Section 1. Nothing contained in this Agreement shall prohibit the Union and the LRC from negotiating and signing amendments or modifications to this Agreement to become effective prior to the anniversary date of this Agreement, providing such amendments or modifications are agreed to and signed by the Union, and all five (5) representatives of the Labor Relations Committee of the California Conference of Mason Contractor Associations, Inc. and the five (5) representatives shall include two (2) of the officers of the Labor Relations Committee of the CCMCA, Inc.

Section 2. It is agreed by the LRC, the Union, all employers and workmen covered by this Agreement that any amendments or modifications to this Agreement enacted under Section 1, above, shall be binding on all parties covered by this Agreement.

ARTICLE XXV - TERM OF THIS AGREEMENT

Section 1. The life or term of this Agreement is from July 1, 2000, through June 30, 2005, and said Agreement shall continue in full force and effect thereafter from year to year unless the LRC or the Union gives notice of its desire for change or amendment as hereinafter provided: The party desiring the change shall give the other party notice in writing by certified mail of the proposed change or amendments not less than sixty (60) days nor more than ninety (90) days prior to June 30, 2005, or the expiration date of any

such succeeding year. In the event that any such notice is given, the other party shall, within thirty (30) days thereafter, give notice in writing of any change they may desire, and the LRC and the Union will then negotiate with regard to all such proposed changes and/or amendments.

This Agreement shall continue in effect pending such negotiations, subject to the right of either party hereto to terminate this Agreement upon thirty (30) days written notice by certified mail at any time after June 30, 2005, and this Agreement shall terminate at the conclusion of this thirty (30) days.

IN WITNESS WHEREOF, we, the authorized representatives of the Union and the LRC, have executed this Agreement for and on behalf of the individuals we represent on May 11, 2000, to be effective JULY 1, 2000, through JUNE 30, 2005:

LABOR RELATIONS COMMITTEE of the
California Conference of Mason
Contractor Associations, Inc.
7844 Madison Avenue, Suite #140
Fair Oaks, California 95628
Phone:  (916) 966-7666
   FAX: (916) 966-1411

_____
Don Sullivan, Chairman of the LRC

_____
Ryan M. O'Brien, Secretary of LRC

_____
Tony Rossi, Monterey-Santa Cruz

_____
Perry O'Laughlin, Sacramento Chap.

_____
Ray Smith, Fresno Chapter

NORTHERN CALIFORNIA DISTRICT
COUNCIL of LABORERS affiliated
with the Laborers International
Union of North America, AFL-CIO
402  37th Street
Richmond, California 94805
Phone:  (510) 237-6132
   FAX: (510) 232-9295

_____
Jose A. Moreno, President

_____
Archie Thomas, Business Manager

_____
Don R. Payne, Asst. Business Mgr.

_____
Harold D. Mucker, Business Repre.

_____
Bill Smith, Executive Board

_____
Ralph Cannell, Executive Board

_____
Thomas Scardina, Executive Board

- 23 -

Apr-11-07   01:19pm   From-NCDCL                         925-469-6900              T-741   P.002/003   F-082
                                                                         JOSE A. MORENO, Business Manager



## NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

Affiliated with the Laborers' International Union of North America, American Federation of Labor-CIO, and Building Trades & Metal Trades Departments

4780 CHABOT DRIVE, SUITE 200, PLEASANTON, CALIFORNIA 94588-3322 • Phone (925) 469-6800 • Fax (925) 469-6900

### LETTER OF UNDERSTANDING
### LIMITATION OF ADDENDUM TO THE
### 2000-2005 LABORERS' MASON TENDERS AGREEMENT

The Agreement signed on this date is applicable to this job only of which **MCM Construction, Inc.** is the general contractor and applies to the following location only:

**Highway 87 at Taylor and Skyport**
**San Jose, California**

The Agreement is not intended by the parties to apply to any other job or project. The Trust Fund account number issued for this Letter of Understanding shall be for this job only and you are required to notify the Laborers Funds when this job is completed.

Date: **07/07/04**

_____
Union Official

**B & L Masonry**
Name of Company

_____
Authorized Representative

**Jeff Lostik (PARTNER)**
Print Name and Title

**725 Ruby Drive**
Address

**Vacaville, CA 95687**
City, State, Zip

**#723096**
Contractor's License Number

**(707) 448-9566**
Telephone Number

JAM:ms
opeiu29/afl-cio                                              Laborers' Local Union No. 270

RECEIVED
JUL 13 2004

SIGNATURE PAGE FOR INDEPENDENT EMPLOYER

The below-named independent employer not represented by the Northern California Mason Contractors Multi-Employer Bargaining Association (NCMCMBA), signatory hereto, agrees to abide by and be bound by all of the terms and conditions of this 2005-2008 Northern California Mason Tenders Agreement and any and all amendments and or modifications to said Agreement; and by any subsequent agreements entered into between the Northern California District Council of Laborers and the NCMCMBA and any amendments or modifications to any subsequent agreements entered into between the Union and the NCMCMBA.

This Agreement may be terminated by the Northern California District Council of Laborers or the undersigned Employer, by giving written notice to the other party as provided for in Article XXV of this Agreement.

It is agreed that in the event the undersigned employer agrees to be represented by the Northern California Mason Contractors Multi-Employer Bargaining Association by signing a Delegation of Bargaining Right to the NCMCMBA, then, and in that event, the undersigned employer shall become bound by this Agreement under the terms and conditions contained in this Agreement applying to employers represented by the NCMCMBA.

FIRM _CAL-TEX MASONRY INC_

ADDRESS _225 Roby Dr_

CITY _Vacaville_  STATE _CA_  ZIP _95687_

PHONE: # _707-448-8736_  CALIF. LICENSE NO. _852463_  CLASSIFICATION _C-29_

SIGNATURE of OWNER, PARTNER, OFFICER or REPRESENTATIVE:

_[signature]_  _President_  _2/28/06_
Signature  Title  Date

SIGNATURE of REPRESENTATIVE of LABORERS' LOCAL UNION # _73_

_[signature] Daniel Thomas_
Signature of Union Representative

(NCDCL COPY)

**RECEIVED**

FEB 08 2006

NOR CAL DISTRICT
COUNCIL OF LABORERS

- 21 -