1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 CARLOS LUJAN AND RYAN O'BRIEN        )   CASE NO.: C07-02454 HRL
   AS TRUSTEES OF THE NORTHERN          )
11 CALIFORNIA DISTRICT COUNCIL OF       )   REQUEST FOR
   LABORERS LOCAL UNION #270 HEALTH     )   DISMISSAL OF
12 & WELFARE TRUST FUND; DENTAL         )   ENTIRE ACTION
   FUND, VACATION FUND, UNION           )
13 ADMINISTRATION FUND, PLASTERERS      )
   PROMOTION FUND, PENSION I FUND,      )
14 AND PENSION II FUND,                 )
                                        )
15                  Plaintiffs,         )
                                        )
16 vs.                                  )
                                        )
17 JEFF ALAN LOSTAK, individually       )
   and doing business as B & L MASONRY; )
18 CAL-TEX MASONRY, a California        )
   Corporation;                         )
19                                      )
                    Defendants.         )
20 _____)

21     Comes now the Plaintiffs CARLOS LUJAN AND RYAN O'BRIEN AS TRUSTEES

22 OF THE NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS LOCAL

23 UNION #270 HEALTH & WELFARE TRUST FUND; DENTAL FUND, VACATION FUND,

24 UNION ADMINISTRATION FUND, PLASTERERS PROMOTION FUND, PENSION I

25 FUND, AND PENSION II FUND in the above-entitled action and hereby dismiss the entire

26 action without prejudice as to every party.

27     No answer has been filed in this matter.  The defendant has paid all monies requested in

28 the complaint for monies due through January 1, 2006.  This dismissal specifically does not

---

REQUEST FOR DISMISSAL OF ENTIRE ACTION

1 | waive the right of the Trust Funds to audit the employer for the above time period, or any other
2 | time period, and to collect any additional monies found to be delinquent as a result of an audit
3 | through a subsequent legal action.

5 | Dated: July 16, 2007

SUE CAMPBELL
Attorney for Plaintiffs

REQUEST FOR DISMISSAL OF ENTIRE ACTION

# PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

> JEFF ALAN LOSTAK, individually
> and doing business as B & L MASONRY;
> CAL-TEX MASONRY, a California Corporation
> 725 Ruby Drive
> Vacaville, CA 95687

which envelope was then sealed and, with postage fully prepaid thereon, was on July 16, 2007, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2007, at San Jose, California.

CHRISTINE DELGADILLO

REQUEST FOR DISMISSAL OF ENTIRE ACTION